[No. 44002-1-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TRUTH BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01345-8, Patricia H. Aitken, J., entered February 1, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J.

[No. 44283-0-I.   Division One.   April 2, 2001.]

MARK F. LUNDEEN, *Appellant*, v. ELLEN M. DODSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-00454-3, David A. Nichols, J., entered May 24, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ.

[No. 44322-4-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DEAN MILES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00999-0, Julia Garrett, J. Pro Tem., entered February 18, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Becker, J.

[No. 44532-4-I.   Division One.   April 2, 2001.]

MILLER, NASH, WIENER, HAGER & CARLSEN, LLP, *Respondent*, v. AMERICAN BEST FOOD, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-16927-3, Richard D. Eadie, J., entered April 2, 1999. *Reversed* by unpublished per curiam opinion.